FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Sep 30 2026

KEVIN P. WEIMER , Clerk

By: Krista Everly
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Indictment |
| *v.* | No. 1:26-CR-407 |
| ADA EVILA SERRANO NUÑEZ | **UNDER SEAL** |

**Motion to Disclose Indictment and Arrest Warrant**

The United States of America, by its counsel, Theodore S. Hertzberg, United States Attorney for the Northern District of Georgia, and Garrett L. Bradford, Assistant United States Attorney, respectfully requests authorization to disclose copies (in full or redacted form) of the indictment and arrest warrant filed in the above captioned matter to law enforcement and other government entities, foreign and domestic, as necessary to further the investigation and arrest of the Defendant. In support of this motion, the government shows as follows:

1. On September 1, 2026, a federal Grand Jury sitting in the Northern District of Georgia issued an Indictment in this action. At the government's request, the Indictment was placed under seal pending the arrest of the Defendant.

2. The Defendant is currently believed to be in a foreign country. To support a request for foreign authorities to arrest and extradite the Defendant, or to conduct operations to secure the Defendant's presence in the United States, the government may need to provide copies of the Indictment and Arrest Warrant to various law enforcement and government entities. Accordingly, the government

requests authorization to disclose copies of the Indictment and corresponding Arrest Warrant to law enforcement and other government entities, foreign and domestic, as necessary to further the investigation and arrest of the Defendant.

3. Public disclosure of the Indictment or this motion prior to the arrest of the Defendant may: (a) jeopardize an active federal investigation, (b) alert the Defendant as to the existence of the arrest warrant, and (c) cause the Defendant and conspirators to destroy evidence and flee the jurisdiction. As a result, the government respectfully requests that the Court order the Indictment and arrest warrant, this motion, and any resulting order remain otherwise sealed pending the Defendant's arrest. *See* Fed. R. Crim. P. 6(e)(4) (the "federal magistrate to whom an indictment is returned may direct that the indictment be kept secret until the defendant is in custody or has been released pending bail"); *United States v. Maling*, 737 F. Supp. 684, 693 94 (D. Mass. 1990) (concluding that a magistrate judge could properly seal an indictment for any legitimate prosecutorial objective including "fear that several of the defendants might flee upon hearing of indictment"); *Worrell Newspapers of Indiana v. Westhafer*, 739 F.2d 1219, 1223-24 (7th Cir. 1984).

WHEREFORE, the government respectfully requests that this Motion to Disclose Indictment and Arrest Warrant be granted, and this Motion and the ensuing order be sealed.

Submitted this 30th day of September 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374