FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 15 2026

KEVIN P. WEIMER , Clerk

By: Sonya Nuckolls
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Nov 15 2026

KEVIN P. WEIMER , Clerk

By: Sonya Nuckolls
Deputy Clerk

UNITED STATES OF AMERICA

*v.*

ADA EVILA SERRANO NUNEZ

Criminal Action No.

1:26-CR-407

**Motion to Unseal Indictment**

The United States of America, by Theodore S. Hertzberg, United States Attorney, and Garrett L. Bradford, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the Indictment in this action be unsealed for the following reasons:

1. On September 1, 2026, a federal Grand Jury issued an Indictment in this action. At the government's request, the Indictment was placed under seal pending the arrest of the named defendant.

2. The defendant is expected to be arrested today and to appear in a federal court tomorrow. Accordingly, the government requests that the Indictment be unsealed so that it can be provided to defense attorney(s), Pretrial Services officers, court personnel, and other interested parties.

WHEREFORE, the Government respectfully requests that the Indictment be unsealed.

Submitted this 15th day of November 2026.

Respectfully submitted,

THEODORE S. HERTZBERG
*United States Attorney*

/s/GARRETT L. BRADFORD
*Assistant United States Attorney*
Georgia Bar No. 074374
Garrett.Bradford@usdoj.gov